

FEB 0 9 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ORDER DIRECTING CRICKET COMMUNICATIONS, INC. TO PROVIDE SUBSCRIBER INFORMATION, CALL DETAIL RECORDS, AND HISTORICAL CELL SITE INFORMATION FOR CELLULAR TELEPHONE NUMBER: (209) 947-2729. | NO. 1:10 SW 0 0 0 2 3 SMS<br><br>ORDER |

    This matter has come before the Court pursuant to an Application under Title 18, United States Code, Sections 2703 (c) (1) (B) and 2703(d) by Assistant United States Attorney Dawrence W. Rice, Jr., an attorney for the Government. The application requests an order directing service provider: Cricket Communications, Inc., 10307 Pacific Center Ct., San Diego, CA, to supply the Government with the following information for cellular telephone number (209) 947-2729: subscriber information, including name, address, local and long distance telephone connection records, records of session times and durations, length of service, types of service utilized, telephone/instrument number/subscriber number/identity and the means and source of payment for such service, including any credit card or bank account number, as well as geographical analysis information regarding signaling information, cell sites used, and corresponding antenna information to include configuration (omni directional or sectorized, sector orientation), control channels used, and the address and latitude/longitude of antennas to identify the location of the mobile cellular telephone for the time period of August 16, 2009 through December 5, 2009.

    The Court finds the applicant has certified that the information likely to be obtained by such

1  installation and use is relevant to an ongoing criminal investigation into a possible violation of Title
2  18, United States Code, Section 2113(a) (Bank Robbery), and finds that the specific facts have been
3  articulated showing that there are reasonable grounds to believe that the records and other information
4  sought is relevant and material to the government's on-going criminal investigation.

5      IT APPEARING that the information likely to be obtained from the requested subscriber
6  information, call detail records, and historical cell site information on the above-listed telephone
7  numbers is relevant to an ongoing investigation of the specified offenses.

8      IT FURTHER APPEARING that the specific facts have been articulated showing that there
9  are reasonable grounds to believe that the records and other information sought is relevant and
10 material to the government's on-going criminal investigation.

11     IT IS ORDERED, pursuant to Title 18, United States Code, Sections 2703 (c) (1) (B) and
12 2703(d), that service provider: Cricket Communications, Inc., 10307 Pacific Center Ct., San Diego,
13 CA, supply the Government with the following information for cellular telephone number (209) 947-
14 2729: subscriber information, including name, address, local and long distance telephone connection
15 records, records of session times and durations, length of service, types of service utilized,
16 telephone/instrument number/subscriber number/identity and the means and source of payment for
17 such service, including any credit card or bank account number, as well as geographical analysis
18 information regarding signaling information, cell sites used, and corresponding antenna information
19 to include configuration (omni directional or sectorized, sector orientation), control channels used,
20 and the address and latitude/longitude of antennas to identify the location of the mobile cellular
21 telephone for the time period of August 16, 2009 through December 5, 2009.

22     IT IS FURTHER ORDERED that the service provider furnish the Government the above
23 requested information in a digital media form on a compact disc with the information in a delimited
24 format to facilitate analysis by law enforcement. The service provider shall be compensated by the
25 Government for reasonable expenses incurred in providing such information and technical assistance.

26 DATED: February __8__, 2010

_____
United States Magistrate Judge
SM SNYDER

2